IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RICHARD BURKLEW, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| WESTROCK SERVICES, LLC ) | NO. 7:23-CV-00165-ACA |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Burklew and WestRock Services, LLC, by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Complaint by Plaintiff against Defendant, should be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

Done this the 10th day of July, 2024.

s/ _Heather Leonard_
Heather Newsome Leonard
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
HEATHER NEWSOME LEONARD
2105 DEVEREUX CIRCLE, SUITE 111
BIRMINGHAM, AL 35243
TELEPHONE: (205) 977-5421
EMAIL: HEATHER@HEATHERLEONARDPC.COM

53730465 v1.doc

/s/ *Kermit L Kendrick*
Kermit Kendrick
Scott Williams
Allison Chalmers Hawkins

ATTORNEYS FOR DEFENDANT
WESTROCK SERVICES, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL  35203
TELEPHONE: (205) 251-3000
FACSIMILE: (205) 458-5100
EMAIL: KKENDRICK@BURR.COM
        SWILLIAMS@BURR.COM
        AHAWKINS@BURR.COM

2